# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LEO WOLVERINE,<br><br>　　　　　　Defendant. | PO-19-5175-GF-JTJ<br>Ticket Number: 6563708<br>Location Code: M13<br>Disposition Code: PF<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　　The Defendant, Leo Wolverine, was present in court and entered a plea of guilty to the charge of: VEHICLE PARKED OFF ROAD.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　　1.　Defendant must pay a fine in the amount of $50.00 plus $30.00 Special Assessment for VEHICLE PARKED OFF ROAD for a total of $80.00. The fine has been paid in full, receipt number MTX400013918.

　　　　Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a

copy with Magistrate Judge Johnston.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: September 12, 2019.

 9/16/2019
_____                         _____
Date Signed                                                JOHN JOHNSTON
                                                           United States Magistrate Judge